### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL EPP, : : : | |
| Plaintiff and Relator, : : | Civil Action No. 10-cv-1134 |
| v. : : | |
| SUPREME FOODSERVICE AG, STEPHEN ORENSTEIN, and RASTELLI FOODS,. : : : : | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a), Fed. R. Civ. P., and the *qui tam* provisions of the False Claims Act, 31 U.S.C.§3730(b)(1), e*t seq.,* Relator Michael Epp ("Relator") respectfully gives notice of dismissal without prejudice of all remaining claims in the Complaint in the above-captioned case.

Relator's counsel has conferred with counsel for the United States, who has advised that the United States intends to file a separate consent to dismissal of the case without prejudice.

A Proposed Order of Dismissal is attached.

                                                     Respectfully submitted,

                                                          s/s Frederick M. Morgan, Jr.
                                                      Frederick M. Morgan, Jr.
                                                      Jennifer M. Verkamp
                                                      MORGAN VERKAMP, LLC
                                                      35 East 7th Street, Suite 600
                                                      Cincinnati, OH 45202
                                                      Telephone:  (513) 651-4400
                                                      Fax: (513) 651-4405
                                                      Email: rmorgan@morganverkamp.com

                _/s/ Mark S. Raspanti_____
Mark S. Raspanti, P.A.I.D. No. 41350
Michael A. Morse, P.A.I.D. No. 80507
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
Suite 3402
1818 Market St.
Philadelphia, PA 19103
Telephone: (215) 320-6200
Fax: (215) 981-0082
E-mail: msr@pietragallo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Voluntary Dismissal will be served on all counsel of record through the Court's electronic filing system.

_____
Frederick M. Morgan, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL EPP, :<br>:<br>Plaintiff and Relator, :<br>:<br>v. :<br>:<br>SUPREME FOODSERVICE AG, STEPHEN ORENSTEIN, and RASTELLI FOODS, :<br>:<br>Defendants. : | Civil Action No. 10-CV-1134 |

## [PROPOSED] ORDER OF DISMISSAL

Upon consideration of Relator's Notice of Voluntary Dismissal, and the consent of the United States,

IT IS ORDERED that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice.

DATED: _____, 2016

_____
HONORABLE MARY A. MCLAUGHLIN
Judge, United States District Court